

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Unique Insurance Company as Subrogee of Codru Brothers Inc., Appellant<br><br>No. 06-23-00052-CV      v.<br><br>Union Pacific Railroad Company and Texas Iron & Steel, LLC, Appellees | Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2022-495-CCL2). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating. |

As stated in the Court's opinion of this date, we find no error in the order of the court below. We affirm the order of the trial court.

We further order that the appellant, Unique Insurance Company as Subrogee of Codru Brothers Inc., pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 28, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk